IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOSEPH MARTIN, III                                                                  PLAINTIFF

V.                                                                          CIVIL ACTION NO. 5:07-cv-158-MTP

BRIAN SEYFARTH                                                      DEFENDANT

### JUDGMENT

This cause having come before the court on a Motion for Summary Judgment [47] filed by Defendant, and a decision having been duly rendered by separate Order [56],

IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE and that all other pending motions, if any, are dismissed as moot.

SO ORDERED this the 27th day of January, 2009.

_____
United States Magistrate Judge